UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

09 MAY -1 AM 10: 55

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 09CR0885-JM |
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| MICHAEL ZUNIGA, | |
| Defendant. | |

BY: ___ DEPUTY

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__XX__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

_____ the Court has dismissed the case for unnecessary delay; or

_____ the Court has granted the motion of the Government for dismissal; or

_____ the Court has granted the motion of the defendant for a judgment of acquittal; or

_____ a jury has been waived, and the Court has found the defendant not guilty; or

_____ the jury has returned its verdict, finding the defendant not guilty;

_____ of the offense(s) of:

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 4/24/2009

_____
JEFFREY T. MILLER
UNITED STATES DISTRICT JUDGE

ENTERED ON _____